# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                          **CASE NO.: 1:05-CR-038-SPM**

**LORENZO ATKINS,**

    **Defendant.**

_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Trial" (doc. 21) filed March 22, 2006, in which defense counsel advises that Defendant is currently in the custody of the Attorney General for a competence evaluation and has not yet been returned to this district. Upon Defendant's return, counsel will need time to review the report and determine whether or not a trial is appropriate. The Government is unopposed to the granting of the motion.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial. Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.  The Motion to Continue Trial (doc. 21) is *granted*.

2.  Trial is reset for **Monday, June 12, 2006** at **8:30 am** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-third day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao