IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **CASE NO.: 1:05-CR-038-SPM**

**LORENZO ATKINS,**

    **Defendant.**

_____/

**ORDER DISCHARGING PUBLIC DEFENDER AND
APPOINTING CJA COUNSEL**

**THIS CAUSE** comes before the Court upon the "Motion to Withdraw/Substitution of Counsel" (doc. 31) filed July 6, 2006.  In support of the motion, the Office of the Public Defender advises that it has received information from a current client indicating a conflict of interest with its representation of Defendant in this case.  The Office of the Public Defender has provided the name of a CJA attorney willing and able to take on this case.  For good cause shown, it is therefore

**ORDERED AND ADJUDGED** as follows:

1.    The motion to withdraw (doc. 31) is hereby *granted* and the Office of the Public Defender is discharged from this case.

2. John Broling, (904) 964-8272, a member in good standing of the Florida Bar and the Northern District of Florida Bar, is hereby appointed to represent Defendant at trial.

3. In order to provide new counsel time to properly prepare the case, trial is reset for **_Tuesday, September 5, 2006 at 8:30am_** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>seventh</u> day of July, 2006.

<u>    *s/ Stephan P. Mickle*    </u>
Stephan P. Mickle
United States District Judge