**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                  **CASE NO.: 1:05-CR-038-SPM**

**LORENZO ATKINS,**

     **Defendant.**

_____/

**ORDER ALLOWING ATTORNEY TO OBTAIN COPY OF PRESENTENCING
INVESTIGATION REPORT AND VIEW SEALED DOCUMENTS**

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Obtain Copy of Presentence Investigation Report" (doc. 67) and the "Unopposed Motion to Obtain Copy of Sealed Documents" (doc. 68), both filed February 23, 2007.  To adequately represent Defendant on appeal, Attorney Robert Augustus Harper needs a copy of his PSR and any amendments thereto, as well as to the two additional documents requested which were provided to trial counsel.  Accordingly, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     The motion to obtain copy of PSR (67) is *granted*.

     2.     The motion to obtain copy of sealed documents (doc. 68) is

            *granted*.

3.      Attorney Robert Augustus Harper is authorized to obtain a copy of

Defendant's PSR and any amendments thereto.

4.      The clerk shall allow attorney Robert Augustus Harper to view

documents 14 and 57.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of February, 2007.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge